ORIGINAL

FILED
JUN - 6 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| SCOTT TECHNOLOGIES, INC., d/b/a SCOTT HEALTH & SAFETY | |
| *Plaintiff,* | No. 06-443 C |
| v. | |
| UNITED STATES, | Judge ________ |
| *Defendant.* | |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Scott Technologies, Inc., doing business as Scott Health & Safety ("Scott"), states that it is a wholly owned subsidiary of Scott Technologies Holdings, Inc., which is an indirect subsidiary of Tyco International, Ltd.

Respectfully submitted,

Rand L. Allen
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-3193 (O)
(202) 719-7049 (F)

*Counsel for Plaintiff*

June 5, 2006

Of counsel:
John A. McCullough
Daniel P. Graham
William J. Grimaldi
WILEY REIN & FIELDING LLP

Bruce S. Ramo
TYCO INTERNATIONAL, LTD.
9 Roszel Road
Princeton NJ 08540
(609) 720-4306 (O)
(609) 720-4335 (F)

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2006, I will cause copies of the foregoing to be served by hand-delivery on the following:

Doris Susan Finnerman, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW
8th Floor
Washington DC 20530

Thomas P. Humphrey, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004

David R. Hazelton, Esq.
Latham & Watkins
555 11th Street NW
Suite 1000
Washington, DC 20004

Daniel P. Graham
WILEY, REIN & FIELDING
1776 K Street, NW
Washington, DC 20006
(202) 719-7430