ORIGINAL

FILED
JUN - 6 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| SCOTT TECHNOLOGIES, INC., d/b/a SCOTT HEALTH & SAFETY<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant.* | No. 06-443 C<br>**Judge** ________ |

**PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASE**

Pursuant to Rule 40.2(a) of the Rules of the United States Court of Federal Claims, Scott Technologies, Inc., doing business as Scott Health & Safety ("Scott"), identifies *Interspiro Inc. v. United States*, No. 06-425, assigned to the Honorable Nancy B. Firestone, as a directly related case. No. 06-425 is a bid protest involving the same Solicitation as the instant action, and therefore the same resulting contract per Rule 40.2(a)(1)(B). No. 06-425 also alleges procurement violations that are similar, but not identical, to those alleged by Scott in the instant action. Rule 40.2(a)(1)(A). Scott believes that assignment of these cases to a single Judge is likely to conserve judicial resources and promote an efficient determination of the actions. Scott lacks sufficient information about the status of No. 06-425 to form a belief as to whether consolidation of these cases will further conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

for Rand L. Allen
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-3193 (O)
(202) 719-7049 (F)

*Counsel for Plaintiff*

June 5, 2006

Of counsel:
John A. McCullough
Daniel P. Graham
William J. Grimaldi
WILEY REIN & FIELDING LLP

Bruce S. Ramo
TYCO INTERNATIONAL, LTD.
9 Roszel Road
Princeton NJ 08540
(609) 720-4306 (O)
(609) 720-4335 (F)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of June, 2006, I will cause copies of the foregoing to be served by hand-delivery on the following:

Doris Susan Finnerman, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW
8th Floor
Washington DC 20530

Thomas P. Humphrey, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004

David R. Hazelton, Esq.
Latham & Watkins
555 11th Street NW
Suite 1000
Washington, DC 20004

Daniel P. Graham
WILEY, REIN & FIELDING
1776 K Street, NW
Washington, DC 20006
(202) 719-7430