ORIGINAL

FILED
JUN - 6 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

SCOTT TECHNOLOGIES, INC., d/b/a
SCOTT HEALTH & SAFETY

*Plaintiff,*

v.

UNITED STATES,

*Defendant.*

**No. 06-443 C**

**Judge** ________

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF UNDER SEAL**

Pursuant to Section III of Appendix C of the Rules of the United States Court of Federal Claims, Scott Technologies, Inc., doing business as Scott Health & Safety ("Scott"), respectfully requests that this Court grant Scott leave to file its Verified Complaint for Declaratory Judgment and Injunctive Relief under seal. The Verified Complaint contains confidential and proprietary information that, if released to the public, would harm Scott's business and financial interests. Scott requests that the Clerk treat these documents as if filed under seal while this motion is pending, pursuant to Paragraph 4 of Appendix C of the Rules. Scott will work with the parties to this case to promptly seek a protective order. As required by Paragraph 6 of Appendix C of the Rules, an original and seven copies of a redacted version of the Verified Complaint are enclosed which may be made available for public scrutiny.

Respectfully submitted,

for Rand L. Allen
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-3193 (O)
(202) 719-7049 (F)

*Counsel for Plaintiff*

June 5, 2006

Of counsel:
John A. McCullough
Daniel P. Graham
William J. Grimaldi
WILEY REIN & FIELDING LLP

Bruce S. Ramo
TYCO INTERNATIONAL, LTD.
9 Roszel Road
Princeton NJ 08540
(609) 720-4306 (O)
(609) 720-4335 (F)

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# (BID PROTEST)

| | | |
|---|---|---|
| SCOTT TECHNOLOGIES, INC., d/b/a<br>SCOTT HEALTH & SAFETY<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant.* | ) | **No.** __________<br><br>**Judge** ________ |

## ORDER

Plaintiff Scott Technologies, Inc., doing business as Scott Health & Safety, has moved for leave to file its Verified Complaint for Declaratory Judgment and Injunctive Relief under seal until a protective order is entered in this case. Having considered this Motion, as well as all other relevant materials and arguments, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

________________________________
Judge, U.S. Court of Federal Claims

Dated: June __, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of June, 2006, I will cause copies of the foregoing to be served by hand-delivery on the following:

Doris Susan Finnerman, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW
8th Floor
Washington DC 20530

Thomas P. Humphrey, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004

David R. Hazelton, Esq.
Latham & Watkins
555 11th Street NW
Suite 1000
Washington, DC 20004

Daniel P. Graham
WILEY, REIN & FIELDING
1776 K Street, NW
Washington, DC 20006
(202) 719-7430