# In the United States Court of Federal Claims

**No. 06-425C**
**(Filed: June 1, 2006)**

* * * * * * * * * * * * * * * * *
*
**INTERSPIRO, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Mine Safety Appliances Company's ("MSA") unopposed motion, filed May 30, 2006, for leave to intervene as defendant and for leave to file an answer or response to plaintiff's complaint is **GRANTED**. Accordingly, defendant-intervenor, MSA, shall file its response to plaintiff's complaint at the same time the government files its response.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge