# In the United States Court of Federal Claims

**No. 06-443C**
**(Filed: June 7, 2006)**

* * * * * * * * * * * * * * * * *

**SCOTT TECHNOLOGIES, INC.,**
**d/b/a SCOTT HEALTH & SAFETY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and,**

**MINE SAFETY APPLIANCES CO.,**

**Defendant-intervenor.**

* * * * * * * * * * * * * * * * *

## ORDER

Document No. 12 was filed in error and is hereby stricken from the record.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge