# In the United States Court of Federal Claims

**No. 06-443C**
**(Filed: June 7, 2006)**

* * * * * * * * * * * * * * * * *

**SCOTT TECHNOLOGIES, INC.,**
**d/b/a SCOTT HEALTH & SAFETY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Mine Safety Appliances Company's ("MSA") motion, filed June 6, 2006, to intervene in the above-captioned case is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge