# In the United States Court of Federal Claims

**No. 06-443C**
**(Filed: June 7, 2006)**

* * * * * * * * * * * * * * * * *
*
**SCOTT TECHNOLOGIES, INC.,** *
**d/b/a SCOTT HEALTH & SAFETY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
**and,** *
*
**MINE SAFETY APPLIANCES CO.,** *
*
**Defendant-intervenor.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's unopposed motion, filed June 6, 2006, for a protective order is **GRANTED**. The attached protective order agreed to by the parties and as signed by the court shall be **FILED THIS DAY**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge